COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | ART FM SPC and Assured Risk Transfer LLC v. Gary Holley, Mike Heidt, Jeremy Counahan, Carl (Eric) Dowden, Herb Cattee, Art Regehr, Allejandro Banda, Gary Campbell, Jason Crouch, Aaron Medina, Nick Median, Oklahoma Rig Fabricators, LLC, and 66 Oilfield Services; |
| and | |
| | East African Drilling, Ltd. a/k/a East Africa Drilling, Ltd. v. Gary Holley, Mike Heidt, Jeremy Counahan, Carl (Eric) Dowden, Herb Cattee, Art Regehr, Allejandro Banda, Gary Campbell, Jason Crouch, Aaron Medina, Nick Median, Oklahoma Rig Fabricators, LLC, and 66 Oilfield Services |

Appellate case number: 01-16-00192-CV

Trial court case number: 2015-58376

Trial court: 215th District Court of Harris County

This appeal was stayed pursuant to suggestions of bankruptcy, filed in this Court on March 28, 2016, stating that appellant, East African Drilling, Ltd. a/k/a East Africa Drilling, Ltd., had filed a petition for relief under Chapter 11 of Title 11, United States Code, in Case 16-31447, in the United States Bankruptcy Court for the Southern District of Texas. *See* TEX. R. APP. P. 8.2; *see also* 11 U.S.C. § 362(a) (automatic stay in bankruptcy). On June 8, 2016, appellees notified this Court that, on June 2, 2016, the bankruptcy court signed an order dismissing the case with prejudice. Accordingly, we **reinstate the case** on the Court's docket. *See* TEX. R. APP. P. 8.3(a).

**The clerk's record, received in this Court on June 21, 2016, is deemed filed as of the date of this order.** *See* TEX. R. APP. P. 8.2.

**The reporter's record is due to be filed within 30 days of the date of this order.** *See* TEX. R. APP. P. 35.3(c).

It is so ORDERED.

Judge's signature:    /s/ <u>Terry Jennings</u>
                      ☑ Acting individually    ☐ Acting for the Court

Date:  June 23, 2016